THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL WITT, JR., Appellant, against ROBERT E. MURPHY, as Warden, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUGENE J. FREHER, Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD M. BARR, JR., Appellant, against WALTER B. MARTIN, as Warden, Respondent.— Motion granted to appeal on original papers, five copies of typewritten brief, and Hilary Bradford, Esq. of Niagara Falls assigned as counsel to conduct appeal.

## FIRST DEPARTMENT, MAY, 1959

### (May 1, 1959)

In the Matter of the Arbitration between BUDGET DRESS CORP. and JOINT BOARD OF DRESS AND WAISTMAKERS' UNION OF GREATER NEW YORK.— In view of oral stipulation heretofore made whereby respondent agreed that even though appellant should appear before arbitrator and proceed with the arbitration, appellant would not thereby be prejudiced, and respondent would waive any objection to appellant's subsequent assertion as to lack of jurisdiction or any other ground, the stay sought in this motion is denied. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

In the Matter of HELEN ORKIN, Deceased. JEANETTE SCHEIER et al.; WILLIAM ORKIN.— Motion granted insofar as to permit the appellants, Leo Insel and Arthur D. Strahl, as coexecutors of the will of Helen Orkin, deceased, to include their notice of appeal from the decree of the Surrogate's Court, New York County, entered on the 5th day of January, 1959, in the record on appeal filed in this court by the appellants, Jeanette Scheier and Shirley Seidner, and to have their appeal heard upon said record, upon condition that the said appellants, Leo Insel and Arthur D. Strahl, pay to the attorney for the appellants Jeanette Scheier and Shirley Seidner, on or before May 11, 1959, one half of the cost of printing said record on appeal and file with this court their appellants' points and appellants' reply points, with proof of due service thereof upon the attorneys for the other parties to this appeal. Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

### (May 4, 1959)

COLUMBIA BROADCASTING SYSTEM, INC., Respondent, v. PATRICK A. McDONOUGH, as President of Blueprint, Photostat and Photo Employees Union, Local 24910, AFL–CIO, et al., Appellants.— Order unanimously reversed on the law, the temporary injunction vacated, and the motion for temporary injunction denied, with costs to the appellants. Where, as here, there is an arguable question of jurisdiction, determination in the first instance must be left to the National Labor Relations Board and the State courts are not primary tribunals to adjudicate such issue. (*San Diego Unions* v. *Garmon*, 359 U. S. 236.) Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.